IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY, INC., *Plaintiff*, v. SIPCO, LLC, *Defendant*. | Civil Action No. 1:10-CV-2478 |

## ORDER

This matter is before the Court on Plaintiff Siemens Industry, Inc.'s Unopposed Motion for Leave to File Its RESPONSE IN OPPOSITION TO DEFENDANT SIPCO, LLC'S MOTION FOR SANCTIONS ("Response") under Seal in this action. Upon consideration of the Motion and for good cause shown, the Motion is hereby GRANTED. Plaintiff Siemens Industry, Inc. may file its Response and one of the exhibits attached thereto under seal.

This ___ day of ~~October~~ Nov, 2010.

Judge, United States District Court
Northern District of Georgia