IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action File |
| ) | |
| SIPCO, LLC, ) | No. 1:10-cv-2478-JEC |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant SIPCO, LLC's Motion for Leave to File Under Seal Its Reply in Support of Its Motion for Rule 11 Sanctions in this action. Upon consideration of the Motion and for good cause shown, the Motion is hereby GRANTED. Defendant SIPCO, LLC may file its Reply in Support of Its Motion for Rule 11 Sanctions under seal.

This _12_ day of November, 2010.

_____
The Honorable Julie E. Carnes
Chief U.S. District Judge
Northern District of Georgia