**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 19 2010

By: JAMES N. HATTEN, Clerk
*signature*
Deputy Clerk

SIEMENS INDUSTRY, INC.,

      *Plaintiff,*

   v.

SIPCO, LLC,

      *Defendant.*

Civil Action No. 1:10-CV-2478

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff Siemens Industry, Inc.'s Motion

for Leave to File Under Seal the following documents:

- Siemens's Motion for Leave to File Surreply (1) in Opposition to Defendant SIPCO, LLC's Motion to Dismiss and (2) in Opposition to SIPCO's Motion for Sanctions;

- Siemens Surreply (Ex. 1 to the Motion for Leave to file Surreply); and

- Exhibit A to Siemens's Surreply (a sealed brief filed in the Eastern District of Texas).

Upon consideration of the Motion and for good cause shown, the Motion is

hereby GRANTED. Plaintiff Siemens Industry, Inc. may file the above-described

documents under seal.

This ___19___ day of November, 2010.

Hon. Julie E. Carnes
Chief Judge, United States District Court
Northern District of Georgia