

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SIEMENS INDUSTRY, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action File |
| SIPCO, LLC, | ) ) | No. 1:10-cv-2478-JEC |
| Defendant. | ) ) ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 20 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## DEFENDANT SIPCO, LLC'S (1) MOTION FOR LEAVE TO FILE A SUPPLEMENTAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS AND (2) MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL NOTICE UNDER SEAL AND MEMORANDUM IN SUPPORT

COMES NOW, Defendant SIPCO, LLC ("SIPCO") and respectfully requests the Court enter an Order permitting SIPCO (1) to file a Supplemental Notice in Support of its Motion to Dismiss (herein "Supplemental Notice") in the above-styled action, and (2) that the notice be filed under seal. SIPCO has only recently obtained sworn testimony in a related action, and this sworn testimony is critical to material positions Siemens Industry, Inc. ("Siemens Industry") has taken in opposition to SIPCO's pending Motion to Dismiss. In support of these motions, SIPCO respectfully shows the Court as follows:

1. On May, 11, 2010, SIPCO sued Siemens Industry for patent infringement in the Eastern District of Texas (herein "the First Action").

2. On August 9, 2010, Siemens Industry filed this duplicative Action seeking, *inter alia*, a declaratory judgment regarding the same patents at issue in the First Action.

3. SIPCO filed its Motion to Dismiss on September 7, 2010.

4. Siemens Industry filed its Response in Opposition to SIPCO's Motion to Dismiss (herein "Siemens Industry's Response") on September 24, 2010. In support of Siemens Industry's Response, Siemens Industry proffered a Declaration of Steven Shamash, with a caption from the Eastern District of Texas, that had previously been filed in the First Action.

5. SIPCO filed its Reply in Support of its Motion to Dismiss on October 12, 2010.

6. Siemens Industry filed a Motion for Leave to File a Surreply (1) in Opposition to SIPCO's Motion to Dismiss and (2) in Opposition to SIPCO's Motion for Rule 11 Sanctions on November 16, 2010.

7. The Court granted Siemens Industry's Motion for Leave on November 19, 2010.

8.     On September 30, 2010, SIPCO served a Rule 30(b)(6) Deposition Notice on Siemens Industry in the related First Action, noticing the deposition for October 20, 3010. The topics of this deposition included the location of technical, marketing, and financial documents.

9.     On November 19, 2010, SIPCO deposed Ted Scartz, a Rule 30(b)(6) representative of Siemens Industry.

10.    On December 9, 2010, in connection with the First Action, SIPCO deposed Mr. Steven Shamash, the sole declarant to provide testimony in support of Siemens Industry's Response to SIPCO's Motion to Dismiss.

11.    The depositions of Mr. Scartz and Mr. Shamash revealed facts that were not available to SIPCO at the time its Motion to Dismiss was briefed. These facts contradict critical representations made in support of Siemens Industry's Response.

12.    SIPCO's Supplemental Notice, which contains statements made by Mr. Scartz and Mr. Shamash, will provide the Court with a more accurate record of the facts relevant to SIPCO's Motion to Dismiss.

13.    In addition, SIPCO has good cause to file its Supplemental Notice under seal because Siemens Industry has designated portions of the deposition transcripts provided to the court as "Highly Confidential – Attorney Eyes Only"

under the protective order entered in the First action. If SIPCO were to file its Supplemental Notice without any limitations on access, it could violate the protective order entered in the First Action. While Siemens Industry does oppose the filing of SIPCO's Motion for Leave to File the Supplemental Notice, Siemens Industry does not oppose its filing under seal.

14. Therefore, SIPCO requests that the Court grant it permission to file its Supplemental Notice in Support of It's Motion to Dismiss and that the Supplemental Notice be filed under seal.

15. SIPCO attaches its Supplemental Notice in Support of It's Motion to Dismiss, and its exhibits, as Attachment A.

16. SIPCO attaches a proposed order hereto for the Court's convenience.

Respectfully submitted, this 20th day of December, 2010.

                        ROBBINS GELLER RUDMAN
                          & DOWD LLP


                          /s/ Matthew P. Warenzak
                        MATTHEW P. WARENZAK

JOHN C. HERMAN
Georgia Bar No. 348370
RYAN K. WALSH
Georgia Bar No. 735190
JESSICA K. REDMOND
Georgia Bar No. 414956
MATTHEW P. WARENZAK
Georgia Bar No. 624484
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
(404) 504-6500 (telephone)
(404) 504-6501 (fax)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
jredmond@rgrdlaw.com
mwarenzak@rgrdlaw.com

Attorneys for Defendant
SIPCO, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 17, 2010, Counsel for Plaintiff met and conferred with counsel for Defendant regarding the relief requested in this motion. Defendant opposes SIPCO's Motion for Leave to File A Supplemental Notice, but does not oppose the filing to occur under seal.

/s/ Matthew P. Warenzak
Matthew P. Warenzak

## CERTIFICATE OF SERVICE

On this date a copy of the foregoing is being delivered to all counsel of record via electronic and U.S. first-class mail.

This 20th day of December, 2010.

/s/ Matthew P. Warenzak
Matthew P. Warenzak




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action File |
| ) | |
| SIPCO, LLC, ) | No. 1:10-cv-2478-JEC |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

This matter is before the Court on Defendant SIPCO, LLC's (1) Motion for Leave to File Under Seal A Supplemental Notice in Support of its Motion to Dismiss and (2) Motion for Leave to File its Supplemental Notice Under Seal. Upon consideration of the Motion and for good cause shown, both Motions are hereby GRANTED. Defendant SIPCO, LLC may file A Supplemental Notice in Support of its Motion to Dismiss, and may file its Supplemental Notice under seal.

This ____ day of December, 2010.

_____
The Honorable Julie E. Carnes
Chief U.S. District Judge
Northern District of Georgia