# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY, INC., *Plaintiff*, v. SIPCO, LLC, *Defendant*. | Civil Action No. 1:10-CV-2478-JEC |

## PLAINTIFF SIPCO, LLC'S NOTICE OF DEPOSITION OF NAGENDRA SETTY

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26, 30, and 45 plaintiff SIPCO, LLC, by their attorneys, will take the deposition of Nagendra Setty, at the offices of Robbins Geller Rudman & Dowd LLP, 3424 Peachtree Road NE Suite 1650, Atlanta, GA 30326. The deposition will take place May 4, 2012 at 9:00 a.m.

The deposition will be taken before a qualified, certified shorthand reporter or other officer authorized by law to administer oaths and will continue on the day noticed and for additional days, if necessary, from day to day, excluding Saturdays, Sundays, and holidays, until completed. The deposition, upon oral examination,

shall be recorded by stenographic, video, and/or real-time computer means, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure.

Dated this 19th day of April, 2012.

                        ROBBINS GELLER RUDMAN
                            &DOWD LLP

                            /s/ Jessica M. Kattula
                        JESSICA M. KATTULA

JOHN C. HERMAN
Georgia Bar No. 348370
RYAN K. WALSH
Georgia Bar No. 735190
JESSICA M. KATTULA
Georgia Bar No. 414956
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
(404) 504-6500 (telephone)
(404) 504-6501 (fax)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
jkattula@rgrdlaw.com

Attorneys for Defendant
SIPCO, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing document on all counsel of record via electronic mail.

This 19th day of April, 2012.

/s/ Jessica M. Kattula
Jessica M. Kattula