IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY, INC., <br>     Plaintiff, <br> v. <br> SIPCO, LLC, <br>     Defendant. | Civil Action No. 1:10-CV-2478-JEC |

## SUBSTITUTION OF COUNSEL

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Siemens Industry, Inc. ("Siemens") hereby submits its Substitution of Counsel in the above-captioned matter. The name, e-mail, address, and telephone number of Siemens's new attorney is as follows:

    Nagendra Setty, Georgia Bar No. 636205
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA 94105-2669
    (415) 773-5700
    (415) 773-5759 (facsimile)
    nsetty@orrick.com

IT IS HEREBY CONSENTED TO that the attorneys of record for Siemens are changed, effective immediately. Siemens and retiring counsel Sheppard, Mullin, Richter & Hampton LLP, consent to this substitution and Sheppard Mullin,

Richter & Hampton LLP, and any attorneys from that firm admitted in this matter, should no longer be served with papers in this case.

All papers should hereafter be served only on Nagendra Setty, who has joined Orrick, Herrington & Sutcliffe LLP, and will continue to represent Siemens in this matter, along with Siemens's inside counsel, Eric C. Liebeler and Orlyn O. Lockard, III, and local counsel Sterling G. Culpepper, III and Joshua D. Jewkes, at Rogers & Hardin.

This Substitution may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same document and facsimile signatures or signatures emailed in portable document format (PDF) shall be acceptable and deemed binding on Siemens and the attorneys as if they were originals.

Dated: September 11, 2013

SIEMENS INDUSTRY, INC.

By: _____
Eric Liebeler
Associate General Counsel

Dated: September 13, 2013           ORRICK, HERRINGTON &
                                    SUTCLIFFE LLP


                                    By:    /s/ Nagendra Setty
                                        Nagendra Setty
                                        Georgia Bar. No. 636205

                                    Eric Liebeler
                                    Orlyn Olney Lockard, III
                                    Siemens Corporation
                                    300 New Jersey Avenue, Suite 300
                                    Washington, DC 20001

                                    Joshua David Jewkes
                                    Sterling Gardner Culpepper, III
                                    Rogers & Hardin, LLP
                                    229 Peachtree Street, N.D.
                                    2700 International Tower, Peachtree
                                    Center
                                    Atlanta, GA 30303-1601

                                    Attorneys for Defendant
                                    SIEMENS INDUSTRY, INC.


Dated: September 11, 2013           SHEPPARD MULLIN RICHTER &
                                    HAMPTON LLP


                                    By: *George L. Kanabe*
                                        George L. Kanabe
                                        California Bar. No. 284779

                                    Former Attorneys for Defendant
                                    SIEMENS INDUSTRY, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing "SUBSTITUTION OF COUNSEL" with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record.

This 13 day of September, 2013.

/s/ Nagendra Setty
Nagendra Setty