```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

SIEMENS INDUSTRY, INC.,

      Plaintiff,

                              CIVIL ACTION NO.

v.                             1:10-cv-2478-JEC

SIPCO, LLC,

      Defendant.

## **ORDER**

    On August 29, 2013, the law firm of King and Spalding entered an appearance on behalf of defendant SIPCO, LLC.  As the undersigned is disqualified from handling cases in which King and Spalding appears, the Court **RECUSES** itself from consideration of the above entitled action.

    It is hereby Ordered that the Clerk reassign this action in accordance with Internal Operating Procedure 905-1.

    SO ORDERED, this 4th day of OCTOBER, 2013.

                                          /s/ Julie E. Carnes
                                          JULIE E. CARNES
                                          CHIEF U.S. DISTRICT JUDGE